**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01585-CV

### IN THE INTEREST OF J.K.S.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-11655**

## ORDER

By letter filed April 16, 2014, Francheska Duffey, Official Court Reporter of the 330th Judicial District Court, has informed us that appellant has not requested preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant shall file his brief on the merits no later than May 27, 2014.

/s/    ELIZABETH LANG-MIERS
       JUSTICE